IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                                                                  COURT NO. 5:97CR9BRN

WILLIE H. LEWIS, III                                                 DEFENDANT

ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on February 23, 1998, in this cause; and the Court being advised, is of the opinion that the petition is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on February 23, 1998, is hereby remitted.

SO ORDERED this the  12th  day of  January , 2015.


       s/David Bramlette
       DAVID BRAMLETTE, III
       SENIOR UNITED STATES DISTRICT JUDGE